### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Case No. 1:22-CR-00267-DLF |
| | : |
| **JAMES ROBINSON,** | : |
|     **Defendant.** | : |

### DEFENDANT'S STATUS REPORT

COMES NOW, Allen H. Orenberg, counsel for defendant James Robinson, and pursuant to a Minute Order issued by the Court on September 26, 2022, hereby informs the Court of the following:

1.  Attorney Douglas Dolman advises undersigned counsel he is still in the process of seeking admission to this case, *Pro Hace Vice.*

2.  Undersigned counsel will proceed with all due diligence to conduct activities necessary to the representation of defendant James Robinson, until such time as Mr. Dolfman is admitted to this case *Pro Hace Vice* and the Court grants undersigned counsel's (to be filed) motion for leave to withdraw as counsel.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2022, a copy of the foregoing Defendant's Status Report, was delivered to case registered parties by the CM/ECF court system, and by e-mail to: (1) attorney Douglas Dolfman and (2) defendant James Robinson..

_____
Allen H. Orenberg